```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

    FEB 19 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
(310) 388-5624 Fax
Email: Larry@ZernerLaw.com

Attorneys for Plaintiff U2 Home Entertainment,, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT INC., dba CENTURY HOME ENTERTAINMENT, NEW IMAGE AUDIO & VIDEO AND TAISENG ENTERTAINMENT,<br><br>Plaintiff,<br><br>vs.<br><br>TAM TRUONG, an individual doing business as MICKI MUSIC & GIFT; BACH TUYET THI THRAN, an individual doing business as MUA HONG PRODUCTIONS; HUNG DOAN, an individual doing business as GIA DINH PRODUCTIONS; KATIE UYEN THY MANH, an individual doing business as LAN SONG XANH MUSIC; TINH NHO SACH NHAC, a business entity, form unknown,<br><br>Defendants | Case No.: SACV 08-1374 AG MLGx<br><br>[Proposed] JUDGMENT PURSUANT TO STIPULATION AGAINST HUNG DOAN an individual doing business as GIA DINH PRODUCTIONS |

1

JUDGMENT PURSUANT TO STIPULATION AGAINST HUNG DOAN

Plaintiff U2 Home Entertainment, Inc., dba Century Home Entertainment, New Image Audio & Video and Tai Seng Entertainment ("Plaintiff") and Defendant AGAINST HUNG DOAN an individual doing business as GIA DINH PRODUCTIONS ("Defendant"), having generally appeared in the present action, submitted and consented to the jurisdiction of the Court, and having stipulated to the entry of Judgment and Permanent Injunction herein, and good cause appearing,

IT IS HEREBY ADJUDGED, DECREED AND ORDERED: With actual notice of this judgment

1. Defendant, and all persons acting in ~~concert and~~ unlawful or participation with him, are hereby permanently enjoined and restrained from infringing any and all of the respective copyright interests of Plaintiff in and to audio-visual programming distributed by Plaintiff (collectively "the Programs"), including, but not limited to all programs distributed on videocassette, DVD, or in any other medium, ~~in the future by Plaintiff,~~ by, among other things:

A. Importing, copying, reproducing, or duplicating ~~or otherwise acquiring and/or retaining~~ all or any portions whatsoever of the Programs, whether on videocassette, Digital Video Disc (DVD) or otherwise, and/or the packaging and promotional material therefore, including but not limited to labels, signs, prints, posters, packages, wrappers, advertisements, and other printed or duplicated material, unless the Program displays an authentic "Tai Seng Entertainment" sticker signifying that the Program was originally purchased from Plaintiff.

2

B. Advertising, promoting, distributing, offering for sale or rent, or renting or selling, ~~or otherwise exploiting~~ the Programs, and/or videocassettes or any other forms of reproduction of the Programs, or any portion thereof, unless the Program displays an authentic "Tai Seng Entertainment" sticker signifying that the Program was originally purchased from Plaintiff, and/or

C. Permitting any person or entity within their control from doing any of the acts described above.

2. The Court shall have continuing jurisdiction to enforce this Judgment and Permanent Injunction.

3. The parties shall bear their own costs and attorneys' fees.

~~4. Service by mail of the present Judgment and Permanent Injunction on Defendants is deemed sufficient notice under Rule 65 of the Federal Rules of Civil Procedure. No acknowledgment of service in any form is required.~~

4. If any action or any other proceeding is brought to enforce the ~~[Proposed]~~ Judgment and Permanent Injunction, the prevailing party shall be entitled to recover its costs of suit, including reasonable attorneys' fees, incurred in bringing such action or other proceeding.

///

///

///

3

JUDGMENT PURSUANT TO STIPULATION AGAINST HUNG DOAN

IT IS SO ORDERED:

Date: **FEB 19, 2009** _____
Judge of the United States District Court
Central District of California

4

JUDGMENT PURSUANT TO STIPULATION AGAINST HUNG DOAN